COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.   SUPERIOR COURT
C.A. NO.: 04-04250-J

BERNARD MACINNIS, Administrator of )
the ESTATE OF CHRISTOPHER MACINNIS )
    Plaintiff )
)
v. )
)
WALSH BROTHERS, INC., MCNAMARA/ )
SALVIA, INC. and )
OCEAN STEEL & CONSTRUCTION, INC. )
    Defendants )

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

NOW COMES the defendant, Walsh Brothers, Incorporated, pursuant to its obligations under Rule 7.3 of the Local Rules for the District of Massachusetts and states as follows:

1. Walsh Brothers, Inc. is a Massachusetts Corporation.

2. Walsh Brothers, Inc. has a principle place of business at 210 Commercial Street, Boston, Massachusetts 02109.

THE DEFENDANT,
WALSH BROTHERS, INC.,
BY ITS ATTORNEYS,

Dated: 2/3/05

Anthony M. Campo, BBO# 552093
Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Mass. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Scott M. Carroll, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

**Counsel for the Plaintiff:**

Paul F. Kenney, Esq.
Kenney & Conley, P.C.
100 Grandview Rd., Ste. 218
P.O. Box 9139
Braintree, MA 02184

**Counsel for McNamara/Salvia, Inc.:**

David J. Hatem, Esq.
Jay S. Gregory, Esq.
Donovan & Hatem
World Trade Center East
Two Seaport Lane, 8th Floor
Boston, MA 02110

**Defendant, Ocean Steel & Construction, Inc.:**

Ocean Steel & Construction, Inc.
606 Chelsea Drive
St. John, New Brunswick Canada

SIGNED UNDER THE PENALTIES OF PERJURY THIS __2__ DAY OF __February__, 20__05__

_____
Scott M. Carroll, BBO# 640852
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775