## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action:

No: 05cv10222-WGY

BERNARD MACINNIS
Plaintiff

v.

WALSH BROTHERS, INC., et al
Defendant

ORDER OF REMAND

YOUNG, C.J.

    In accordance with the Court's Order dated FEBRUARY 17, 2005, the above-entitled action is hereby remanded to MIDDLESEX SUPERIOR COURT.

By the Court,

/s/ Marie Bell
Deputy Clerk

February 17, 2005

To: All Counsel